PROB 12C
(7/93)

# United States District Court

## for

RECEIVED
WILLIAM T WALSH, CLERK

## District of New Jersey

2006 MAY 25  P 3: 04

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leibys Mercedes

U.S.I-03-00268-001

Name of Sentencing Judicial Officer: The Honorable John C. Lifland

Date of Original Sentence: 09/16/03

Original Offense: Conspiracy to Distribute a Controlled Substance (Heroin)

Original Sentence: 48 months imprisonment to be followed by 4 years of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/25/05

Assistant U.S. Attorney: John Vazquez                      Defense Attorney: Richard Roberts

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On May 9, 2006, the offender was arrested by the Newark Police and charged with Aggravated Assault, Possession of a Weapon, and Possession of a Weapon for an Unlawful Purpose. |
| 2. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
|  | The offender was arrested by the Newark Police Department on May 9, 2006 and he failed to advise of this arrest. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 05/16/06

THE COURT ORDERS:

[x] The Issuance of a Summons. Date of Hearing: . *6/14/06 @ 12:00 p.m.*
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____5/24/06_____
Date